IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOUTHERN REGIONAL HEALTH SYSTEM, INC., d/b/a/ SOUTHERN REGIONAL MEDICAL CENTER, | ) ) ) ) | CASE NO. 15- 64266-wlh |
| _____ | ) | |
| IN RE: | ) | CASE NO. 15- 64278-wlh |
| | ) | |
| SOUTHERN CRESCENT PHYSICIANS' GROUP, INC., | ) ) ) | |
| _____ | ) | |
| IN RE: | ) | CASE NO. 15- 64279-wlh |
| | ) | |
| SOUTHERN CRESCENT REAL ESTATE, INC., | ) ) ) | |
| _____ | ) | |
| IN RE: | ) | CASE NO. 15-64280-wlh |
| | ) | |
| SOUTHERN REGIONAL AMBULATORY SURGERY, INC., | ) ) ) | |
| _____ | ) | |
| IN RE: | ) | |
| | ) | CASE NO. 15- 64281-wlh |
| SOUTHLAKE AMBULATORY SURGERY CENTER, L.L.L.P., D/B/A MOUNT ZION SURGERY CENTER, A/K/A SPIVEY STATION SURGERY CENTER, and | ) ) ) ) ) | |
| _____ | ) | |
| IN RE: | ) | CASE NO. 15-64277-wlh |
| | ) | |
| SOUTHERN REGIONAL MEDICAL SERVICES, INC. | ) ) | |
| _____ | ) | |

## MOTION FOR JOINT ADMINISTRATION

COME NOW Southern Regional Health System, Inc., d/b/a Southern Regional Medical Center, Southern Crescent Physicians' Group, Inc., Southern Crescent Real Estate, Inc., Southern Regional Ambulatory Surgery, Inc., Southlake Ambulatory Surgery Center, L.L.L.P., d/b/a Mount Zion Surgery Center, a/k/a Spivey Station Surgery Center and Southern Regional Medical Services, Inc., debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to Federal Rule of Bankruptcy Procedure 1015, and file this their Motion for Joint Administration of their Chapter 11 cases and respectfully show the Court as follows:

1.

Southern Regional Health System, Inc., d/b/a Southern Regional Medical Center ("**Southern Regional**") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on July 30, 2015. Southern Regional remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

2.

Southern Crescent Physicians' Group, Inc., ("**SCPG**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 30, 2015. SCPG remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

3.

Southern Crescent Real Estate, Inc., ("**SCRE**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 30, 2015. SCRE remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

4.

Southern Regional Ambulatory Surgery, Inc., ("**SRAS**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 30, 2015. SRAS remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

5.

Southlake Ambulatory Surgery Center, L.L.L.P., d/b/a Mount Zion Surgery Center, a/k/a Spivey Station Surgery Center ("**Spivey Station**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 30, 2015. Spivey Station remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

6.

Southern Regional Medical Services, Inc., ("**SRMS**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 30, 2015. SRMS remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

7.

Southern Regional, SCPG, SCRE, SRAS, Spivey Station and SRMS are "related" within the meaning of Federal Rule of Bankruptcy Procedure 1015(b). Southern Regional is the parent or grandparent company of SCPG, SCRE, SRAS, Spivey Station and SRMS and each are a wholly owned direct or indirect subsidiary of Southern Regional.

8.

All six (6) cases have been assigned to the Honorable Wendy L. Hagenau.

9.

The Debtors request that their bankruptcy cases be jointly administered by the Court such that a single docket is utilized for matters relating to the administration of the estates. The

Debtors request that separate files be maintained for proofs of claim.

10.

The proposed style of the procedurally consolidated cases is as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **SOUTHERN REGIONAL HEALTH** | ) | **Jointly Administered Under** |
| **SYSTEM, INC., d/b/a/ SOUTHERN** | ) | **CASE NO. 15- 64266-wlh** |
| **REGIONAL MEDICAL CENTER, et al.,** | ) | |
| | ) | |
| **Debtors.** | | |

11.

The Debtors request that all pleadings, notices, orders or other papers, other than proofs of claim, for any of the Debtors be filed in a single original and entered on a single docket, under the Case Number assigned for Southern Regional.

12.

The Debtors do not request substantive consolidation at this time.

13.

The Debtors are not aware of any administrative or scheduling orders entered in any of the cases which would require modification.

14.

The Debtors believe that creditors of the estates will not be prejudiced by joint administration of these cases, and that such administration is in the best interests of all creditors and parties in interest because it will reduce the costs of administration.

WHEREFORE, the Debtors request that for ease of administration, convenience and

economy, the Court enter an order for the joint administration of these cases, and provide such other and further relief as may be just and proper.

    This 31st day of July, 2015.

                                          SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 1500 Candler Building | /s/  Ashley R. Ray |
| 127 Peachtree Street, NE | J. ROBERT WILLIAMSON |
| Atlanta, Georgia 30303 | Georgia Bar No. 765214 |
| T: (404) 893-3880 | ASHLEY REYNOLDS RAY |
| F: (404) 893-3886 | Georgia Bar No. 601559 |
| E: rwilliamson@swlawfirm.com | |
|    aray@swlawfirm.com | *Counsel for the Debtors* |