UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| **SOUTHERN REGIONAL HEALTH** ) | Jointly Administered Under |
| **SYSTEM, INC., d/b/a/ SOUTHERN** ) | **CASE NO. 15-64266-wlh** |
| **REGIONAL MEDICAL CENTER, et al.,** ) | |
| ) | |
| **Debtors.** ) | |

APPOINTMENT AND NOTICE OF APPOINTMENT OF
<u>COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS</u>

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak, Trial Attorney
Georgia Bar Number 236380

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA  30303
Tel: (404) 331-4437
Fax: (404) 331-4464
Thomas.W.Dworschak@USDOJ.gov

**EXHIBIT A**

| **Unsecured Creditor** | **Creditor's Representative** |
|---|---|
| MORRISON MANAGEMENT SPEC.<br>7865 NORTH 86TH STREET<br>MILWAUKEE, WI 53224 | Jerry Carpenter<br>Director of Credit & Cash Mgmt.<br>Morrison Management Specialists, Inc.<br>4721 Morrison Drive, Suite 300<br>Mobile, AL 36609<br>Tele: (251) 461-3020<br>Fax: (251) 461-3193<br>JerryCarpenter@IHMMorrison.com |
| XANITOS<br>7823 SPIVEY STATION<br>BLDG A SUITE 230<br>JONESBORO, GA 30236 | Edward Crothall, Corporate Counsel<br>Xanitos, Inc.<br>3809 West Chester Pike, Suite 210<br>Newtown Square, PA 19073<br>Tele: (484) 654-2339<br>ecrothall@xanitos.com |
| MED ASSETS<br>3101 GAYLORD PKWY<br>FRISCO, TX 75034 | Natalie Gray<br>VP and Senior Corporate Counsel<br>MedAssets, Inc.<br>5543 Legacy Drive<br>Plano, TX 75024<br>Tele: (972) 813-2698<br>ngray@medassets.com |
| FIRST FINANCIAL INVESTMENT<br>FUND V, LLC<br>230 PEACHTREE STREET<br>15TH FLOOR<br>ATLANTA, GA 30303 | Mary Maloney<br>Chief Administration Officer<br>First Financial Investment Fund V, LLC<br>3091 Governors Lake Drive<br>Suite 500<br>Norcross, GA 30071<br>Tele: (770) 685-6542<br>Fax: (404) 523-4115<br>marymaloney@1fam.com |

| **Unsecured Creditor** | **Creditor's Representative** |
|---|---|
| COMPLETE RX<br>245 E LAKE DR SE<br>ATLANTA, GA 30317 | Juli Fournier, Esquire<br>Outside General Counsel<br>CompleteRx, Ltd.<br>4544 Post Oak Place Drive<br>Suite 310<br>Houston, TX 77027<br>Tele: (713) 629-6961<br>Fax: (713) 629-9606<br>jfournier@stephensonlaw.com |
| COVENTRY<br>1100 CIRCLE 75 PKWY.<br>SUITE 1400<br>Atlanta, GA 30339 | David G. Scott, Paralegal<br>Consumer Litigation Team<br>Coventry Health Care of<br>Georgia, Inc.<br>980 Jolly Road, Mail Code U13N<br>Blue Bell, PA 19422<br>Tele: (215) 775-3057<br>Fax: (860) 607-7163<br>scottD4@aetna.com |
| 3M HEALTH INFORMATION SYSTEMS<br>3M CENTER BLDG 275-5E-02<br>SAINT PAUL, MN 55144-1000 | Alan Brown, Counsel<br>3M Company<br>3M Center, Building 220-9E-02<br>St. Paul, MN 55144<br>Tele: (651) 736-6739<br>ARBROWN@MM.COM |

CERTIFICATE OF SERVICE

      I certify that I am over the age of 18 and that on this date I caused true and correct copies of the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims to be deposited in the U.S. Mail with correct first class postage affixed, addressed to the members of the Committee as listed on the attached Exhibit "A".

      I further certify that on this date I electronically filed the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims with the Clerk of Court using the CM/ECF system, which will cause electronic notification of such filing to be sent to the following:

Ashley Reynolds Ray, Esq.
Email: aray@swlawfirm.com
J. Robert Williamson, Esq.
Email: rwilliamson@swlawfirm.com
Scroggins and Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

      Done this the 11th day of August, 2015.

                                    */s/ Thomas W. Dworschak*
                                    Thomas W. Dworschak
                                    Trial Attorney
                                    Georgia Bar No. 236380

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303
(404) 331-4437
Thomas.W.Dworschak@USDOJ.gov