UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOUTHERN REGIONAL HEALTH | ) | Jointly Administered Under |
| SYSTEM, INC., d/b/a/ SOUTHERN | ) | CASE NO. 15-64266-wlh |
| REGIONAL MEDICAL CENTER, et al., | ) | |
| | ) | |
| Debtors. | ) | |

## AMENDMENT TO APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby amends the email addresses for two of the members Committee of Creditors Holding Unsecured Claims in the above-captioned case as follows:

**Unsecured Creditor**

MORRISON MANAGEMENT SPEC.
7865 NORTH 86TH STREET
MILWAUKEE, WI 53224

**Creditor's Representative**

Jerry Carpenter
Director of Credit & Cash Mgmt.
Morrison Management Specialists, Inc.
4721 Morrison Drive, Suite 300
Mobile, AL 36609
Tele: (251) 461-3020
Fax: (251) 461-3193
JerryCarpenter@IAMMorrison.com


3M HEALTH INFORMATION SYSTEMS
3M CENTER BLDG 275-5E-02
SAINT PAUL, MN 55144-1000

Alan Brown, Counsel
3M Company
3M Center, Building 220-9E-02
St. Paul, MN 55144
Tele: (651) 736-6739
ARBROWN@MMM.COM

Done this the 13th day of August, 2015.

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak
Trial Attorney
Georgia Bar No. 236380

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303
(404) 331-4437
Thomas.W.Dworschak@USDOJ.gov